UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NAM BA NGUYEN, | ) | NO. CV 10-9695-DOC (MAN) |
| | ) | |
| Plaintiff, | ) | ORDER ACCEPTING FINDINGS AND |
| | ) | |
| v. | ) | RECOMMENDATIONS OF UNITED STATES |
| | ) | |
| SGT. GABRIEL PONCE, et al. | ) | MAGISTRATE JUDGE |
| | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, defendants' motion to dismiss the Complaint ("Motion"), all the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed. The Court accepts the findings and recommendations set forth in the Report.

IT IS ORDERED that defendants' Motion is granted pursuant to Rule 12(b)(6) and (c) of the Federal Rules of Civil Procedure as follows:

(1) All claims against defendant Sergeant Gabriel Ponce are dismissed without leave to amend;

1   (2)   Claim Two is dismissed against all defendants without leave
2   to amend; and

4   (c)   The sole claim in this action is Claim One, to the extent
5   that it asserts a Fourth Amendment excessive force claim against the
6   remaining defendants.

8   IT IS SO ORDERED.

10  DATED: April 12, 2012.

                                          _____
                                                  DAVID O. CARTER
                                          UNITED STATES DISTRICT JUDGE

2