1
2
3
4
5
6
7
8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11   NAM BA NGUYEN                          Case No.  CV-10-09695-DOC-MAN

12            Plaintiff,                     **ORDER GRANTING
                                             STIPULATION OF VOLUNTARY
13   v.                                      DISMISSAL**

14   SGT. GABRIEL PONCE; OFC.
     DUDASH; NG; DEREK GILLIAM;
15   ROBERT OROZCO; HENRY
     JUAREZ,
16
             Defendants.
17

18

19        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the

20   Stipulation of voluntary dismissal the above-entitled action, with prejudice, each

21   party to bear his or her own costs and fees, is hereby granted, pursuant to Federal

22   Rules of Civil Procedure, Rule 41(a)(1)(ii).

23
     Dated:  October 11, 2012            *David O. Carter*
24                                       Honorable David O. Carter
                                         United States District Court Judge
25

26   ///

27   ///

28   ///

BURKE, WILLIAMS &      LA #4824-1157-2753 v1          - 1 -          CV-10-09695-DOC-MAN
SORENSEN, LLP                                                        ORDER RE DISMISSAL
ATTORNEYS AT LAW
LOS ANGELES

1   Respectfully submitted,

2   Susan E. Coleman, (SBN 171832)
    E-mail:  scoleman@bwslaw.com
3   BURKE, WILLIAMS & SORENSEN, LLP
    444 South Flower Street, Suite 2400
4   Los Angeles, CA  90071-2953
    Tel:  213.236.0600      Fax:  213.236.2700
5
    Attorneys for Defendants
6   OFFICER DUDASH, OFFICER K. NG, OFFICER D. GILLIAM,
    OFFICER R. OROZCO,  OFFICER H. JUAREZ
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4824-1157-2753 v1                    - 2 -                    CV-10-09695-DOC-MAN
                                                                  ORDER RE DISMISSAL